SA/EEN: USAO 2023R00755

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DLB-25-251 |
| | * | |
| PICEVA ANYE, | * | (Involuntary Manslaughter, |
| | * | 18 U.S.C. §§ 7 and 1112(b); |
| Defendant | * | Driving Under the Influence of |
| | * | Alcohol, 36 C.F.R. § 4.23; |
| | * | Reckless Driving, 36 C.F.R. § 4.2, |
| | * | Assimilating Md. Transp. Art. |
| | * | § 21-901.1(a); Failure to Drive Right |
| | * | of Center, 36 C.F.R. § 4.2, Assimilating |
| | * | Md. Transp. Art. § 21-301(a)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
### (Involuntary Manslaughter)

The Grand Jury for the District of Maryland charges that:

On or about October 23, 2023, in the District of Maryland, the defendant,

**PICEVA ANYE,**

on lands within the special maritime and territorial jurisdiction of the United States, did unlawfully kill Victim 1 in the commission of an unlawful act not amounting to a felony, to wit: (1) operating a motor vehicle while the alcohol concentration in his blood was 0.08 grams or more of alcohol per 100 milliliters of blood, in violation of 36 C.F.R. § 4.23; and (2) driving a vehicle in a manner that indicated a wanton and willful disregard for the safety of persons and property, in violation of 36 C.F.R. § 4.2, assimilating Md. Transp. Art. § 21-901.1(a).

18 U.S.C. § 1112(b)
18 U.S.C. § 7

## COUNT TWO
### (Driving Under the Influence of Alcohol)

The Grand Jury for the District of Maryland further charges that:

On or about October 23, 2023, in the District of Maryland, the defendant,

**PICEVA ANYE,**

on lands administered by the National Park Service, did operate a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safe operation and while the alcohol concentration in his blood was 0.08 grams or more of alcohol per 100 milliliters of blood.

36 C.F.R. § 4.23

## COUNT THREE
### (Reckless Driving)

The Grand Jury for the District of Maryland further charges that:

On or about September 23, 2023, in the District of Maryland, the defendant,

**PICEVA ANYE,**

on lands administered by the National Park Service, did drive a motor vehicle in a manner that indicated a wanton and willful disregard for the safety of persons and property.

36 C.F.R. § 4.2,
Md. Transp. Art. § 21-901.1(a)

## COUNT FOUR
### (Failure to Drive Right of Center)

The Grand Jury for the District of Maryland further charges that:

On or about October 23, 2023, in the District of Maryland, the defendant,

**PICEVA ANYE**,

on lands administered by the National Park Service, did fail to drive on the right side of the roadway.

36 C.F.R. § 4.2,
Md. Transp. Art. § 21-301(a)

_Kelly O. Hayes_ by _Shabnam Amana_
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: 8/14/2025

4